| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0541 4:00CR00835-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Allan Reeves<br>4200 Taurus Drive<br>Mobile, Alabama 36693 | Southern District of Texas | Houston |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Sim Lake | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/21/2013    TO 06/20/2018 |

OFFENSE
Bank Robbery

Brandishing a Firearm during a Crime of Violence

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  SOUTHERN  DISTRICT OF  TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 12, 2016
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  SOUTHERN  DISTRICT OF  ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                *United States District Judge*